| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:<br>**Johnson & Pham, LLP**<br>**6355 Topanga Canyon Blvd. Suite 326**<br>**Woodland Hills, CA 91367**<br>    TELEPHONE NO.: 818-888-7540    FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br>    ATTORNEY FOR *(Name)*: ADOBE SYSTEMS INCORPORATED, A DELAWARE CORPORATION | **FOR COURT USE ONLY** |
|---|---|
| **United States District Court, Northern District of California**<br>    STREET ADDRESS: 450 Golden Gate Ave. 16th Floor<br>    MAILING ADDRESS: 450 Golden Gate Ave. 16th Floor<br>    CITY AND ZIP CODE: San Francisco 94102<br>    BRANCH NAME: Phillip Burton Federal Building | |
| PLAINTIFF/PETITIONER: ADOBE SYSTEMS INCORPORATED, A DELAWARE CORPORATION | CASE NUMBER:<br>**3:15-cv-02991-JST** |
| DEFENDANT/RESPONDENT: CARDINAL CAMERA & VIDEO CETNER, INC., A PENNYSLVANIA CORPORATION D/B/A CARDINAL CAMERA AND VIDEO CENTER A/D/B/A CARDINAL CAMERA CENTER; ET AL. | |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>**ADOBE SYSTEMS V CARDINAL CAMERA** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
   CIVIL COVER SHEET; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS; SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES: (1) FEDERAL TRADEMARK INFRINGEMENT [15 U.S.C. § 1114 / LANHAM ACT §32(a)]; (2) FALSE DESIGNATION OF ORIGIN/FALSE OR MISLEADING ADVERTISING/UNFAIR COMPETITION [15 U.S.C. §1125(a) /LANHAM ACT §43(a)]; (3) TRADEMARK DILUTION [15 U.S.C. §1125(c)]; FEDERAL COPYRIGHT INFRINGEMENT [17 U.S.C. §501(a)]; (5) UNLAWFUL/UNFAIR/FRAUDULENT BUSINESS PRACTICES [CALIFORNIA BUSINESS & PROFESSIONS CODE §17200]; AND (6) UNFAIR COMPETITION [CALIFORNIA COMMON LAW] [DEMAND FOR JURY TRIAL]; REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; ORDER; CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE; STANDING ORDER FOR ALL CIVIL CASES BEFORE DISTRICT JUDGE JON S. TIGAR; STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA

   BY FAX

3. a. Party served *(specify name of party as shown on documents served)*:
      **CARDINAL CAMERA & VIDEO CENTER, INC.**

   b. [ ] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:

4. Address where the party was served:
   **810 WEST SECOND ST, LANSDALE, PA 19446**

5. I served the party *(check proper box)*
   a. [ ] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*:         at *(time)*:

   b. [X] **by substituted service.** On *(date)*: 07/07/2015 at *(time)*: 9:30 AM I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:
      **KURT SEELIG, PRESIDENT, who accepted service, with identity confirmed by verbal communication, a bald white male approx. 35-45 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**

      (1) [X] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

      (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

      (4) [X]

Page 1 of 2
Code of Civil Procedure. § 417.10

**PROOF OF SERVICE OF SUMMONS**
REF: **ADOBE SYSTEMS V CARDINAL CAMERA**

Tracking #: 0007716944

| PLAINTIFF/PETITIONER: ADOBE SYSTEMS INCORPORATED, A DELAWARE CORPORATION | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CARDINAL CAMERA & VIDEO CETNER, INC., A PENNYSLVANIA CORPORATION D/B/A CARDINAL CAMERA AND VIDEO ... | 3:15-cv-02991-JST |

I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date)*:          from *(city)*:          or [X] a declaration of mailing is attached.

(5) [X]   I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

    (1) on *(date)*:                  (2) from *(city)*:

    (3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

    (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section)*:

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

  a. ☐ as an individual defendant.
  b. ☐ as the person sued under the fictitious name of *(specify)*:
  c. ☐ as occupant.
  d. ☐ On behalf of *(specify)*
     under the following Code of Civil Procedure section:

    ☐ 416.10 (corporation)            ☐ 415.95 (business organization, form unknown)
    ☐ 416.20 (defunct corporation)      ☐ 416.60 (minor)
    ☐ 416.30 (joint stock company/association)  ☐ 416.70 (ward or conservatee)
    ☐ 416.40 (association or partnership)    ☐ 416.90 (authorized person)
    ☐ 416.50 (public entity)           ☐ 415.46 (occupant)
                                           ☐ other:

BY FAX

7. **Person who served papers**
  a. Name:                 **Eric Afflerbach**
  b. Address:            **201 South Figueroa Street, Suite 100, Los Angeles, CA 90012**
  c. Telephone number:  **213-621-9999**
  d. The fee for service was: **$ 85.00**
  e. I am:

    (1) ☒ not a registered California process server.
    (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
    (3) ☐ registered California process server:
      (i) ☐ owner  ☐ employee  ☐ independent contractor.  For:
      (ii) ☐ Registration No.:                     Registration #:
      (iii) ☐ County:                               County:

BY FAX

8. ☒ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
    or
9. ☐ I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: 7-8-15

               **Eric Afflerbach**
   (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)                  (SIGNATURE)

Page 1 of 2

REF: ADOBE SYSTEMS V CARDINAL CAMERA

Tracking #: 0007716944

