1  **JOHNSON & PHAM LLP**
   Christopher Q. Pham (SBN 206697)
2  *cpham@johnsonpham.com*
   Marcus F. Chaney (SBN 245227)
3  *mchaney@johnsonpham.com*
   Jason R. Vener (SBN 267941)
4  *jverner@johnsonpham.com*
   6355 Topanga Canyon Blvd., Suite 326
5  Woodland Hills, California 91367
   Telephone: (818) 888-7540
6  Facsimile: (818) 888-7544

7  Attorneys for Plaintiff
   ADOBE SYSTEMS INCORPORATED
8
   **GAUNTLETT & ASSOCIATES**
9  David A. Gauntlett (SBN 96399)
   James A. Lowe (SBN 214383)
10 18400 Von Karman, Suite 300
   Irvine, California 92612
11 Telephone: (949) 553-1010
   Facsimile: (949) 553-2050
12 info@gauntlettlaw.com
   jal@gauntlettlaw.com
13
   Attorneys for Defendant
14 CARDINAL CAMERA & VIDEO CENTER, INC.

15              **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17 ADOBE SYSTEMS INCORPORATED,  ) Case No.: 3:15-CV-2991 JST
   a Delaware corporation,      )
18                              )
                Plaintiff,      ) **STIPULATION TO EXTEND TIME**
19                              ) **TO RESPOND TO COMPLAINT**
          vs.                   ) **PURSUANT TO CIVIL LOCAL**
20                              ) **RULE 6-1**
   CARDINAL CAMERA & VIDEO      )
21 CENTER, INC., a Pennsylvania )
   corporation,                 )
22                              )
                Defendant.      )
23 _____ )

24

25      IT IS HEREBY STIPULATED by and between the parties hereto, through their

26 respective attorneys, that the time in which to respond to the Complaint in the above-

27 entitled matter, which is currently due July 28, 2015, is extended to August 28, 2015,

28 pursuant to Civil Local Rule 6-1(a).

183100.1-00001-002-7/28/2015 10:33 AM

                                1                    **STIPULATION TO EXTEND TIME**
                                                          **TO RESPOND TO COMPLAINT**

This extension of time will not alter the date of any event or any deadline already fixed by Court order.

Dated: July 28, 2015.                GAUNTLETT & ASSOCIATES


By:   /s/ James A. Lowe
James A. Lowe
Attorneys for Defendant Cardinal Camera & Video Center, Inc.

Dated: July 28, 2015.                JOHNSON & PHAM LLP


By:   /s/ Marcus F. Chaney
Marcus F. Chaney
Attorneys for Plaintiff
Adobe Systems Incorporated

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2015, I electronically filed the foregoing **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO CIVIL LOCAL RULE 6-1** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

/s/James A. Lowe

James A. Lowe